# Court of Appeals
# of the State of Georgia

ATLANTA, April 29, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1635. MADELENE KINSLER v. BW LINKS OWNER, LLC.

Madelene Kinsler filed in superior court a petition for review of a magistrate court order in this dispossessory action. The superior court entered a final judgment in favor of plaintiff BW Links Owner, LLC, finding it was entitled to possession of the property and a monetary judgment for past-due rent. Kinsler filed this direct appeal. We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35(a)(1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Kinsler's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/29/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*